AO 245I (Rev. 11/16)    Judgment in a Criminal Case for a Petty Offense
                        Sheet 1

# UNITED STATES DISTRICT COURT

## Western District of Arkansas

| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For a Petty Offense) |
|---|---|
| | Case No.    3:26-mj-03003-CDC |
| | USM No.  None |
| KEANE D. CROWDEN | Pro Se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ **THE DEFENDANT** pleaded    ☒ guilty ☐ nolo contendere to count(s)    FBMO001L (Count Two) and FBMO001M (Count Three)

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. 261.9(b) | Removing Any Natural Feature or Other Property of the U.S. (Ginseng) | 10/4/2025 | 2 |
| 36 C.F.R. 261.6(a) | Cutting or Otherwise Damaging Any Timber, Tree, or Other Forest Product | 10/4/2025 | 3 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☒ Count(s)   One, Four, and Five _____    ☐ is    ☒ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:

Defendant's Year of Birth:   1992

City and State of Defendant's Residence:
Lamar, Arkansas

July 21, 2016
Date of Imposition of Judgment

_____
Signature of Judge

The Honorable Christina D. Comstock, Chief U.S. Magistrate Judge
Name and Title of Judge

_____
Date

AO 2451 (Rev. 11/16)    Judgment in a Criminal Case for a Petty Offense
                        Sheet 2 — Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT:      KEANE D. CROWDEN
CASE NUMBER:    3:26-mj-03003-CDC

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: as to Counts Two and Three, forty (40) days, all suspended, based on him paying fines and costs and a 1-year ban from the Ozark National Forest Land. The following travel is permitted in the Ozark National Forest during the period of suspension: travel on paved roadways for travel to a destination outside the boundaries of the Ozark National Forest; travel within the Ozark National Forest for lawful, welding-related employment at a logging or other permitted worksite; and travel on unpaved roadways to access private property owned by Keane Crowden and Richard Crowden.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  _____   ☐  a.m.   ☐  p.m.   on   _____

☐  to the Saline County Jail or other facility as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the Logan County Detention Center:

☐  before 9 a.m. on   _____

☐  The defendant is to be released from custody at 9:00 pm on the following Sunday.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on   _____   to   _____

at   _____   with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245I (Rev. 11/16)    Judgment in a Criminal Case for a Petty Offense
Sheet 3 — Criminal Monetary Penalties

Judgment — Page ___3___ of ___4___

DEFENDANT:          KEANE D. CROWDEN
CASE NUMBER:        3:26-mj-03003-CDC

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | JVTA Assessment* | Fine | Restitution | Processing Fee |
|---|---|---|---|---|---|
| **TOTALS** | 2) $10.00 | $0.00 | $200.00 | $0.00 | $0.00 |
| | 3) $10.00 | $0.00 | $200.00 | $0.00 | $0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ _____ | $ _____ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☒ the interest requirement is waived for    ☒ fine    ☐ restitution.

☐ the interest requirement for the   ☐ fine    ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245I (Rev. 11/16) Judgment in a Criminal Case for a Petty Offense
Sheet 4 — Schedule of Payments

Judgment — Page ___4___ of ___4___

DEFENDANT:      KEANE D. CROWDEN
CASE NUMBER:    3:26-mj-03003-CDC

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒   Lump sum payment of $ ___$420.00___   due immediately or by,

    ☒   not later than _____August 21, 2026_____ , or
    ☐   in accordance with   ☐ C,   ☐ D,   ☐ E, or   ☐ F below); or

B ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐   Payment during the term of probation will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.